**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER, ) | No. C 07-03293 JW (PR) |
|     Plaintiff, ) | |
|   vs. ) | ORDER GRANTING EXTENSION OF TIME TO FILE *IN FORMA PAUPERIS* APPLICATION |
| PELICAN BAY STATE PRISON, et al., ) | |
|     Defendant(s). ) | (Docket No. 3) |

On June 22, 2007, plaintiff filed this pro se civil rights action. On that same day the clerk of the Court sent a notification to plaintiff that he had not paid the appropriate filing fee of $350.00 or submitted a completed application for leave to proceed in forma pauperis. The Court provided a copy of the correct form for application to proceed in forma pauperis, along with a return envelope, instructions, and a notification that the case would be dismissed if plaintiff failed to pay the fee or file the completed application within thirty days. On July 23, 2007, plaintiff submitted a motion for extension of time to file a completed application for leave to

Order Granting Extension of Time to file IFP Application
N:\Pro - Se\8.17.2007\07-03293 Weaver03293_ifp-eot.wpd

1 proceed in forma pauperis. (Docket No. 3)

2 Accordingly, the Court will extend the time for plaintiff to complete the in
3 forma pauperis application and provide the accompanying certificate of funds and a
4 six-month statement of his trust account.  The application and documentation must
5 be filed with the Court no later than **thirty (30) days** from the date of this order.
6 Plaintiff must submit his accompanying documentation within the thirty-day
7 deadline, or the Court will dismiss the case without prejudice for failure to pay the
8 filing fee.

9 This order terminates Docket No. 3.

11 DATED:     August 2, 2007

JAMES WARE
United States District Judge

Order Granting Extension of Time to file IFP Application
N:\Pro - Se\8.17.2007\07-03293 Weaver03293_ifp-eot.wpd        2