1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11

WILLIE WEAVER,                           )
                                         )        No. C 07-03293 JW (PR)
12            Plaintiff,                  )
                                         )        JUDGMENT
13       vs.                             )
                                         )
14   PELICAN BAY STATE PRISON            )
     SECOND WATCH, et al.,               )
15                                       )
              Defendant(s).              )
16                                       )

17   _____

18           For the reasons stated on the order of dismissal, this case is DISMISSED

19   without prejudice.  Judgment is entered accordingly.

20           The clerk shall close the file.

21

22   DATED: _____October 9, 2007_____          _____
                                               JAMES WARE
23                                             United States District Judge

24
25
26
27
28

**United States District Court**
For the Northern District of California

Judgment
P:\PRO-SE\SJ.JW\CR.07\Weaver03293_judgment.wpd